# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2014

David J. Bradley, Clerk of Court

THE STATE OF TEXAS
COUNTY OF CAMERON

BEFORE ME, the undersigned authority, on this day personally appeared   Ivan E Leija, to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: " I am a United States Customs and Border Protection Prosecution Case Agent at Brownsville, Texas;

I investigated the case of the United States of America versus:

**HERNANDEZ, VERONICA**

**1: 14: PO - 016**

It appears to me from my investigation that:
**GARZA LUCERO, ALONSO**

Citizen (s) and national (s) of __ **Mexico** __
He was detained at the **Brownsville Matamoros International Bridge in Brownsville, TX** prior to being before the U.S. Magistrate in Brownsville, Texas. The subject is a material witness in said cause and it may be impractical to secure their presence by subpoena and for that reason he should be held as material witness.

FURTHER AFFIANT SAYETH NOT.

_____
IVAN E. LEIJA
Customs and Border Protection
Enforcement Officer

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 5th DAY OF MARH 2014.

_____
RONALD G. MORGAN
U.S MAGISTRATE