UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CASE NO.: **B-14-po-016** |
| VS. | § | |
| | § | |
| **Veronica Hernandez** | § | |

## JUDGMENT

On **March 11, 2014**, defendant appeared in person and with counsel, Leonardo Rincones.

Whereupon the defendant entered a plea of guilty to the offense of **knowingly, willfully and in violation of law aided and abetted one undocumented alien to attempt to gain illegal entry into the United States, in violation of 18 U.S.C. 2 and 8 U.S.C. 1325(a)(2)**, as charged in the Criminal Complaint; and the Court having asked the defendant whether **she** had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to **TIME SERVED**.

A special assessment of $l0.00 is imposed.

DONE at Brownsville, Texas on **March 11, 2014**.

_____
Ronald G. Morgan
United States Magistrate Judge