**U.S. Department of Justice**



*United States Attorney*
*Southern District of Texas*

600 E. Harrison Street, Suite 201
Brownsville, Texas 78520

Phone (956) 548-2554
Fax (956) 548-2711

Witnesses released on March _11_, 2014

_____
UNITED STATES MAGISTRATE JUDGE

Honorable Ronald G. Morgan
United States Magistrate Judge
Brownsville, Texas 78520

In re:   Witnesses in the case of U.S. vs VERONICA HERNANDEZ

Magistrate No.   B-14-po-016

Dear Magistrate Judge Morgan:

Please release the following witness from the material-witness affidavit. He should be turned over to the immigration officials for whatever action they deem appropriate.

**Alonso Garza-Lucero**

Very truly yours,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_s/David A. Lindenmuth_
DAVID A. LINDENMUTH
ASSISTANT U. S. ATTORNEY

cc:   U.S. Marshal, Brownsville, TX
      Ivan Leija, CBP/BP, Brownsville, TX
      Omar Rosales, Attorney